# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:15-CR-00290-LJO-1 |
|---|---|
| Plaintiff, | **ORDER ON MOTION FOR EARLY PROBATION TERMINATION** |
| vs. | |
| RAYMOND RUDY NOSKA, | (ECF No. 3) |
| Defendant. | |

The Court has received and reviewed the Plaintiff's Motion for Early Probation Termination (including attachment), filed in the form of a letter. ECF No. 3. Also received were the Government's Opposition (ECF No. 4) and Probation's email.

In essence the opposition filed indicates that in spite of the enormous progress made by the Defendant, they wish supervision to continue for another six months. The solid reason is that the geographical move (new residence) and the new employment have enormous stressors that come with them, and that prior reactions to prior stressors have made the opposition both logical and reasonable.

The Court agrees, Denies the current motion, and indicates that it will consider another such motion, assuming all continues to go well between now and then, on or after May 1, 2018.

IT IS SO ORDERED.

Dated: **October 30, 2017**            /s/ Lawrence J. O'Neill
                                                            UNITED STATES CHIEF DISTRICT JUDGE