# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:15-CR-00290-LJO-1 |
| Plaintiff, | ORDER DENYING REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE (ECF No. 6) |
| v. | |
| RAYMOND RUDY NOSKA, | |
| Defendant. | |

The Court has received and reviewed the Defendant's request for early termination of supervised release. The Court has also received input from both Federal Probation and the United States Attorney's Office. Both opposed the request on the basis that the Defendant had communicated with incarcerated known gang members as late as December 31, 2017.

This sort of activity is violative of the Defendant's terms and conditions of probation. Not only does it preclude the request, it focusses Probation, the U.S. Attorney's Office and this Court on the Defendant's misconduct.

The request for early termination is DENIED. Any further violations are to be handled by formal petition.

IT IS SO ORDERED.

Dated: **July 17, 2018**         **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE